UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. CHARLES DONIGIAN, )<br>　　　　　　　　　　　　　　　　 )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　 )<br>v. )<br>　　　　　　　　　　　　　　　　 )<br>ST. JUDE MEDICAL, INC., )<br>　　　　　　　　　　　　　　　　 )<br>　　　Defendant. )<br>　　　　　　　　　　　　　　　　 ) | Civil Action No:  06 CA 11166 DPW<br>Judge Woodlock |

## DEFENDANT ST. JUDE MEDICAL, INC.'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

　　　Defendant St. Jude Medical, Inc. by and through its undersigned counsel hereby moves this Court to dismiss the Third Amended Complaint for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(6), failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) and failure to plead fraud with particularity pursuant to Federal Rule of Civil Procedure 9(b).

　　　For the reasons set forth in the accompanying Memorandum, St. Jude Medical respectfully requests that the Court dismiss Relator's Third Amended Complaint and grant all other relief that the Court deems just and appropriate.

　　　WHEREFORE, St. Jude Medical requests that the Court:

　　　**A.**　　　Grant its Motion to Dismiss, and

B.  Grant such further relief as the Court deems proper.

## REQUEST FOR ORAL ARGUMENT

St. Jude Medical respectfully requests oral argument upon this Motion.

Dated: June 22, 2010

Respectfully submitted

   /s/ Joshua H. Orr
Mark D. Seltzer (BBO # 556341)
Joshua H. Orr (BBO# 661602)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617A) 345-1000
Fascimile: (866) 382-6125
Email: mseltzer@nixonpeabody.com
Email: jorr@nixonpeabody.com

Eric A. Dubelier
Katherine J. Seikaly
Admitted *pro hac vice*
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, D.C. 20005
Telephone: (202) 414-9291
Facsimile: (202) 414-9299
Email: edubelier@reedsmith.com
Email: kseikaly@reedsmith.com

*Counsel for Defendant St. Jude Medical, Inc.*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Defendant conferred with counsel for Plaintiff on June 21, 2010 in a good faith attempt to resolve or narrow the issues addressed in this submission. Plaintiff did not consent to this motion.

/s/ Joshua H. Orr
Joshua H. Orr

- 3 -

## CERTIFICATE OF SERVICE

I, Joshua H Orr, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 22nd day of June, 2010.

/s/ Joshua H. Orr
Joshua H. Orr